1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  ADAM A. REEVES (NYBN 2363877)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7157
7      Facsimile: (415) 436-7234
       Adam.Reeves@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,      )   Case No. 11-CR-00939-RS
   |                                )
   |       Plaintiff,                )   STIPULATION AND [~~PROPOSED~~]
14 |                                )   ORDER EXCLUDING TIME
   |   v.                           )
15 |                                )
   | CRAIG ALLEN OGANS,             )
16 | a/k/a Byron Stuart Baker,      )
   |                                )
17 |       Defendant.                )
   |_____)
18
       WHEREAS, on December 23, 2011, the United States produced documents and other
19
   materials to counsel for the defendant;
20
       WHEREAS, counsel for the defendant needs time to review the discovery;
21
       WHEREAS, a failure to grant the continuance would deny defense counsel the reasonable
22
   time necessary for effective preparation, taking into account the exercise of due diligence, and
23
   under the circumstances, the ends of justice served by a reasonable continuance outweigh the
24
   best interest of the public and the defendant in a speedy trial;
25
       WHEREAS, defendant CRAIG ALLEN OGANS consents to the exclusion of time from
26
   December 20, 2011 to January 3, 2012;
27

28 STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME
   *United States v. Ogans*, Case No. 11-CR-00939-RS

                                        1

1  THEREFORE, it is hereby stipulated by and between the parties, through their respective
2  counsel of record, that the period of time from December 20, 2011 to January 3, 2012 shall be
3  excluded in computing the time within which the trial of the offenses alleged in the Indictment
4  must commence under Title 18, United States Code, Section 3161.

5  DATED: January __, 2012                MELINDA HAAG
                                          United States Attorney

                                          /s/
                                          _____

                                          Adam A. Reeves
                                          Assistant United States Attorney

10 DATED: January __, 2012                /s/
                                          _____

                                          Ronald C. Tyler, Esq.
                                          Federal Public Defender's Office
                                          Counsel to Craig Allen Ogans

## [PROPOSED] ORDER EXCLUDING TIME

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

The ends of justice are served by finding that a continuance from December 20, 2011 to January 3, 2012 outweighs the best interests of the public and the defendant in a speedy trial and the prompt disposition of criminal cases and the Court concludes that the exclusion of time from December 20, 2011 to January 3, 2012 should be made under Title 18, United States Code, Sections 3161(h)(7)(B)(iv).

DATED:   Jan. 9, 2012

                                          _____
                                          HON. JOSEPH C. SPERO
                                          United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
*United States v. Ogans*, Case No. 11-CR-00939-RS