1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ADAM A. REEVES (NYBN 2363877)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7157
7      Facsimile: (415) 436-7234
       Adam.Reeves@usdoj.gov
8
   Attorneys for Plaintiff
9
                       UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,          )    Case No. 11-CR-00939-RS
                                       )
14          Plaintiff,                 )    STIPULATION AND [PROPOSED]
                                       )    ORDER CONTINUING THE CASE
       v.                              )    UNTIL MAY 8, 2012 AND
15                                     )    EXCLUDING TIME
    CRAIG ALLEN OGANS,                 )
16  a/k/a Byron Stuart Baker,          )
                                       )
17          Defendant.                 )
                                       )
    _____)
18

19         WHEREAS, on December 23, 2011, the United States produced documents and other

20  materials to counsel for the defendant;

21         WHEREAS, counsel for the defendant needs time to review the discovery;

22         WHEREAS, the parties have conferred and continue to confer about discovery, the

23  ongoing investigation and a possible disposition in this case;

24         WHEREAS, the government requests a continuation until May 8, 2012 to finalize its

25  decision about whether to seek a superseding indictment in this case;

26         WHEREAS, a failure to grant the continuance would deny defense counsel the reasonable

27

28  STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
    *United States v. Ogans*, Case No. 11-CR-00939-RS

                                      1

1   time necessary for effective preparation, taking into account the exercise of due diligence, and

2   under the circumstances, the ends of justice served by a reasonable continuance outweigh the

3   best interest of the public and the defendant in a speedy trial;

4          WHEREAS, defendant CRAIG ALLEN OGANS consents to the exclusion of time from

5   April 10, 2012 to May 8, 2012;

6          THEREFORE, it is hereby stipulated by and between the parties, through their respective

7   counsel of record, that the case should be continued from April 10, 2012 until May 8, 2012; and

8   the period of time from April 10, 2012 to May 8, 2012 shall be excluded in computing the time

9   within which the trial of the offenses alleged in the Indictment must commence under Title 18,

10  United States Code, Section 3161.

11  DATED: April __, 2012                    MELINDA HAAG
                                             United States Attorney
12
                                             /s/
13          _____

14                                           Adam A. Reeves
                                             Assistant United States Attorney
15

16  DATED: April __, 2012                    /s/

17          _____

                                             Richard A. Tamor, Esq.
18                                           Tamor & Tamor
                                             Counsel to Craig Allen Ogans
19

20

21

22

23

24

25

26

27

28  STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME
    *United States v. Ogans*, Case No. 11-CR-00939-RS

1

**[PROPOSED] ORDER EXCLUDING TIME**

2           PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

3           The ends of justice are served by finding that a continuance from April 10, 2012 to May

4    8, 2012 outweighs the best interests of the public and the defendant in a speedy trial and the

5    prompt disposition of criminal cases and the Court concludes that the exclusion of time from

6    April 10, 2012 to May 8, 2012 should be made under Title 18, United States Code, Sections

7    3161(h)(7)(B)(iv).

8    DATED:  4/4/12

9

10   _____

11   HON. RICHARD SEEBORG
     United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
     *United States v. Ogans*, Case No. 11-CR-00939-RS