# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>vs.<br><br>**CRAIG OGANS,**<br><br>Defendant. | Case No.: CR 11-00939 RS<br><br>[~~PROPOSED~~] **ORDER PERMITTING CRAIG OGANS TO USE AN MP3 AUDIO PLAYER TO REVIEW DISCOVERY AT GLENN E. DYER DETENTION CENTER** |

///

Finding good cause shown as discovery has been provided in digital format:

IT IS HEREBY ORDERED that CRAIG OGANS be permitted to use an MP3 player in order to review audio discovery at Glenn E. Dyer Detention Facility.

Dated: APRIL  19 , 2012

By: _____
HON. RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE

EX PARTE APPLICATION FOR MP3 PLAYER
CR 11-00939 RS