1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  ADAM A. REEVES (NYBN 2363877)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7157
7      Facsimile: (415) 436-7234
       Adam.Reeves@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12
13 UNITED STATES OF AMERICA,        )  Case No. 11-CR-00939-RS
                                    )
14     Plaintiff,                   )  STIPULATION AND [PROPOSED]
                                    )  ORDER CONTINUING THE CASE
15     v.                           )  AND EXCLUDING TIME
                                    )
16 CRAIG ALLEN OGANS,               )
   a/k/a Byron Stuart Baker,        )
17                                  )
       Defendant.                   )
18                                  )

19     WHEREAS, on December 23, 2011, the United States produced documents and other
   materials to counsel for the defendant;
20
       WHEREAS, on May 1, 2012, the United States filed a superseding indictment adding
21
   charges in this case;
22
        WHEREAS, on May 8, 2012, the United States produced documents and other materials
23
   to counsel for the defendant;
24
       WHEREAS, counsel for the defendant needs time to review the discovery;
25
       WHEREAS, the parties have conferred and continue to confer about discovery and a
26
   possible disposition in this case;
27
28 STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
   *United States v. Ogans*, Case No. 11-CR-00939-RS

                                    1

1    WHEREAS, a failure to grant the continuance would deny defense counsel the reasonable
2 time necessary for effective preparation, taking into account the exercise of due diligence, and
3 under the circumstances, the ends of justice served by a reasonable continuance outweigh the
4 best interest of the public and the defendant in a speedy trial;
5    WHEREAS, defendant CRAIG ALLEN OGANS consents to the exclusion of time from
6 May 8, 2012 to June 5, 2012;
7    THEREFORE, it is hereby stipulated by and between the parties, through their respective
8 counsel of record, that the case should be continued from May 8, 2012 to June 5, 2012; and the
9 period of time from May 8, 2012 to June 5, 2012 shall be excluded in computing the time within
10 which the trial of the offenses alleged in the Indictment must commence under Title 18, United
11 States Code, Section 3161.

12 DATED: May 10, 2012                MELINDA HAAG
                                       United States Attorney

                                       /s/
                                       _____

                                       Adam A. Reeves
                                       Assistant United States Attorney

17 DATED: May 10, 2012                /s/
                                       _____

                                       Richard A. Tamor, Esq.
                                       Tamor & Tamor
                                       Counsel to Craig Allen Ogans

28 STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME
*United States v. Ogans*, Case No. 11-CR-00939-RS

**[PROPOSED] ORDER EXCLUDING TIME**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

The ends of justice are served by finding that a continuance from May 8, 2012 to June 5, 2012 outweighs the best interests of the public and the defendant in a speedy trial and the prompt disposition of criminal cases and the Court concludes that the exclusion of time from May 8, 2012 to June 5, 2012 should be made under Title 18, United States Code, Sections 3161(h)(7)(B)(iv).

DATED: 5/10/12

_____
HON. RICHARD SEEBORG
United States District Judge

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
*United States v. Ogans*, Case No. 11-CR-00939-RS

3