RICHARD A. TAMOR, ESQ.
TAMOR & TAMOR
Law Chambers Building
345 Franklin, 3rd Floor
San Francisco, CA 94102
Telephone: (415) 655-1969
Facsimile:  (415) 887-7658
rtamor@TamorLaw.com

Attorneys for Defendant,
CRAIG ALLEN OGANS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CRAIG ALLEN OGANS,<br>a/k/a Byron Stuart Baker,<br><br>    Defendant. | CASE NO. CR-11-0939-RS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE FROM JUNE 5, 2012 TO JUNE 26, 2012** |

WHEREAS, on December 23, 2011, the United States produced documents and other materials to counsel for the defendant;

WHEREAS, on May 1, 2012, the United States filed a superseding indictment adding charges in this case;

WHEREAS, on May 8, 2012, the United States produced documents and other materials;

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
*United States v. Ogans*, Case No. 11-CR-00939-RS

1

WHEREAS, after review and analysis of the recently produced discovery, undersigned counsel met and conferred regarding additional discovery necessary for the defense to prepare possible motions and the government has agreed to produce further discovery;

WHEREAS, in order to produce further discovery, counsel for the government will need to seek and obtain an unsealing order in a California State proceeding;

WHEREAS, a failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and under the circumstances, the ends of justice served by a reasonable continuance outweigh the best interest of the public and the defendant in a speedy trial;

WHEREAS, defendant CRAIG ALLEN OGANS consents to the exclusion of time from June 5, 2012 to June 26, 2012;

THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel of record, that the case should be continued from June 5, 2012 to June 26, 2012; and the period of time from June 5, 2012 to June 26, 2012 shall be excluded in computing the time within which the trial of the offenses alleged in the Indictment must commence under Title 18, United States Code, Section 3161.

IT IS SO STIPULATED.

///

///

///

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
*United States v. Ogans*, Case No. 11-CR-00939-RS

Dated: June 1, 2012         TAMOR & TAMOR

                            By:        /S/
                                  RICHARD TAMOR

                            ATTORNEYS FOR DEFENDANT GRAIG ALLEN OGANS

Dated: June 1, 2012         MELINDA HAAG
                            UNITED STATES ATTORNEY


                            By:        /S/
                                  ADAM A. REEVES

                            ASSISTANT UNITED STATES ATTORNEY
                            ATTORNEY

///

///

///

///

///

///

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
*United States v. Ogans*, Case No. 11-CR-00939-RS

3

## [PROPOSED] ORDER EXCLUDING TIME

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

The ends of justice are served by finding that a continuance from June 5, 2012 to June 26, 2012, outweighs the best interests of the public and the defendant in a speedy trial and the prompt disposition of criminal cases and the Court concludes that the exclusion of time from June 5, 2012 to June 26, 2012 should be made under Title 18, United States Code, Sections 3161(h)(7)(B)(iv).

DATED:  6/5/12

HON. RICHARD SEEBORG
United States District Judge
Northern District of California

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
*United States v. Ogans*, Case No. 11-CR-00939-RS

5