MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ADAM A. REEVES (NYBN 2363877)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7157
   Facsimile: (415) 436-7234
   Adam.Reeves@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 11-CR-00939-RS |
|    Plaintiff, ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE AND EXCLUDING TIME |
|    v. ) ) | |
| CRAIG ALLEN OGANS, ) a/k/a Byron Stuart Baker, ) ) | |
|    Defendant. ) ) | |

     WHEREAS, on December 23, 2011, the United States produced documents and other materials to counsel for the defendant;

     WHEREAS, on May 1, 2012, the United States filed a superseding indictment adding charges in this case;

     WHEREAS, on May 8, 2012, the United States produced documents and other materials to counsel for the defendant;

     WHEREAS, on June 25, 2012, the Superior Court of the State of California issued an order unsealing the affidavits supporting the search warrants in the parallel state prosecution and the United States Attorney's Office, in reliance thereon, produced the underlying search warrant

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
*United States v. Ogans*, Case No. 11-CR-00939-RS

1

affidavits to counsel for the defendant, as requested;

WHEREAS, counsel for the defendant needs time to review the new discovery;

WHEREAS, counsel for the government will be unavailable from July 9, 2012 to August 6, 2012; and counsel for the defendant is not available from July 8, 2012 to July 21, 2012 and August 6, 2012 to August 17, 2012.

WHEREAS, the parties agree to the following briefing schedule for any motion to suppress evidence based on the searches conducted by the San Francisco Police Department: Defendant's brief in support of its motion to suppress shall be due on July 31, 2012; the government's response shall be due on August 14, 2012; the defendant's reply, if any, shall be due on August 21, 2012; and the Court shall rule on any motions to suppress on September 4, 2012 and otherwise set the case for trial or change of plea.

WHEREAS, a failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and under the circumstances, the ends of justice served by a reasonable continuance outweigh the best interest of the public and the defendant in a speedy trial;

WHEREAS, defendant CRAIG ALLEN OGANS consents to the exclusion of time from June 26, 2012 to September 4, 2012;

THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel of record, that the case should be continued from June 26, 2012 to September 4, 2012; and the period of time from June 26, 2012 to September 4, 2012 shall be excluded in computing the time within which the trial of the offenses alleged in the Indictment must commence under Title 18, United States Code, Section 3161.

STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME
*United States v. Ogans*, Case No. 11-CR-00939-RS

| | |
|---|---|
| DATED: June 25, 2012 | MELINDA HAAG<br>United States Attorney<br><br>/s/<br>_____<br>Adam A. Reeves<br>Assistant United States Attorney |
| DATED: June 25, 2012 | /s/<br>_____<br>Richard A. Tamor, Esq.<br>Tamor & Tamor<br>Counsel to Craig Allen Ogans |

### [PROPOSED] ORDER EXCLUDING TIME

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

The parties shall adhere to the following briefing schedule for any motion to suppress evidence based on the searches conducted by the San Francisco Police Department: Defendant's brief in support of its motion to suppress shall be due on July 31, 2012; the government's response shall be due on August 14, 2012; and the defendant's reply, if any, shall be due on August 21, 2012.  On September 4, 2012, the Court shall hear argument or otherwise rule on any motions to suppress and schedule the case for trial or change of plea. The ends of justice are served by finding that a continuance from June 26, 2012 to September 4, 2012 outweighs the best interests of the public and the defendant in a speedy trial and the prompt disposition of criminal cases and the Court concludes that the exclusion of time from June 26, 2012 to September 4, 2012 should be made under Title 18, United States Code, Sections 3161(h)(7)(B)(iv).

DATED:   6/26/12

_____
HON. RICHARD SEEBORG
United States District Judge

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
*United States v. Ogans*, Case No. 11-CR-00939-RS