RICHARD A. TAMOR, ESQ.
TAMOR & TAMOR
Law Chambers Building
345 Franklin, 3rd Floor
San Francisco, CA 94102
Telephone: (415) 655-1969
Facsimile:  (415) 887-7658
rtamor@TamorLaw.com

Attorneys for Defendant,
CRAIG ALLEN OGANS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>CRAIG ALLEN OGANS,<br>a/k/a Byron Stuart Baker,<br><br>       Defendant. | CASE NO. CR-11-0939-RS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING THE CASE**<br>**AND EXCLUDING TIME** |

WHEREAS, on December 23, 2011, the United States produced documents and other materials to counsel for the defendant;

WHEREAS, on May 1, 2012, the United States filed a superseding indictment adding charges in this case;

WHEREAS, on May 8, 2012, the United States produced documents and other materials;

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
*United States v. Ogans*, Case No. 11-CR-00939-RS

1

WHEREAS, on June 25, 2012, the Superior Court of the State of California issued an order unsealing the affidavits supporting the search warrants in the parallel state prosecution and the United States Attorney's Office, in reliance thereon, produced the underlying search warrant affidavits to counsel for the defendant, as requested;

WHEREAS, after review and analysis of the produced discovery, undersigned counsel met and conferred regarding additional discovery necessary for the defense to prepare possible motions and the government agreed to produce further discovery;

WHEREAS, undersigned defense counsel received the additional discovery consisting of approximately 2800 pages of documents as well as jail audio recordings on July 23, 2012;

WHEREAS, counsel for the government was unavailable from July 9, 2012 to August 6, 2012; and counsel for the defendant was not available from July 8, 2012 to July 21, 2012 and will not be available from August 6, 2012 to August 17, 2012.

WHEREAS, the parties agree to modifying the previously scheduled briefing schedule for any motion to suppress evidence based on the searches conducted by the San Francisco Police Department as follows:  Defendant's brief in support of its motion to suppress shall be due on August 28, 2012; the government's response shall be due on September 11, 2012; the defendant's reply, if any, shall be due on September 18, 2012; and the Court shall rule on any motions to suppress on September 25, 2012, and otherwise set the case for trial or change of plea.

STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME
*United States v. Ogans*, Case No. 11-CR-00939-RS

WHEREAS, a failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and under the circumstances, the ends of justice served by a reasonable continuance outweigh the best interest of the public and the defendant in a speedy trial;

WHEREAS, defendant CRAIG ALLEN OGANS consents to the exclusion of time from September 4, 2012 to September 25, 2012;

THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel of record, that the case should be continued from September 4, 2012 to September 25, 2012; and the period of time from September 4, 2012, to September 25, 2012, shall be excluded in computing the time within which the trial of the offenses alleged in the Indictment must commence under Title 18, United States Code, Section 3161.

///

///

///

///

///

///

///

///

///

STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME
*United States v. Ogans*, Case No. 11-CR-00939-RS

IT IS SO STIPULATED.

Dated: August 10, 2012			TAMOR & TAMOR


					By:	/S/
						RICHARD TAMOR

					ATTORNEYS FOR DEFENDANT GRAIG ALLEN OGANS


Dated: August 10, 2012			MELINDA HAAG
					UNITED STATES ATTORNEY


					By:	/S/
						ADAM A. REEVES

					ASSISTANT UNITED STATES ATTORNEY
					ATTORNEY

///

///

///

///

///

///

///

///

///

///

///

///

///

///

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
*United States v. Ogans*, Case No. 11-CR-00939-RS

4

**[PROPOSED] ORDER EXCLUDING TIME**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

The ends of justice are served by finding that a continuance from September 4, 2012 to September 25, 2012, outweighs the best interests of the public and the defendant in a speedy trial and the prompt disposition of criminal cases and the Court concludes that the exclusion of time from September 4, 2012 to September 25, 2012 should be made under Title 18, United States Code, Sections 3161(h)(7)(B)(iv).

DATED:  8/20/12

_____
HON. RICHARD SEEBORG
United States District Judge
Northern District of California

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
*United States v. Ogans*, Case No. 11-CR-00939-RS