RICHARD A. TAMOR, ESQ.
TAMOR & TAMOR
Law Chambers Building
345 Franklin, 3rd Floor
San Francisco, CA 94102
Telephone: (415) 655-1969
Facsimile:  (415) 887-7658
rtamor@TamorLaw.com

Attorneys for Defendant,
CRAIG ALLEN OGANS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>CRAIG ALLEN OGANS,<br>a/k/a Byron Stuart Baker,<br><br>         Defendant. | CASE NO. CR-11-0939-RS<br><br>**STIPULATION AND [PROPOSED]　ORDER EXTENDING TIME WITHIN WHICH DEFENSE MAY REQUEST AN EVIDENTIARY HEARING ON MOTION TO SUPPRESS** |

WHEREAS, on September 25, 2012, this Court heard argument on Mr. Ogans's Motion to Suppress Evidence.

WHEREAS, at the conclusion of the hearing, the Court ordered the government to submit further evidence by October 16, 2012.

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
*United States v. Ogans*, Case No. 11-CR-00939-RS

WHEREAS, the Court also ordered the defendant to advise the Court whether it would request an evidentiary hearing as well as the basis for that request by October 23, 2012.  Docket # 38.

WHEREAS, due to the litigation on the redaction issue, the defense requested and the Court granted an enlargement of the time within which the defense may request an evidentiary hearing to no later than one week after this Court rules on the government's motion to seal. Docket # 41.

WHEREAS, on December 26, 2012, the Court issued an Order granting Amended Motion To Seal And Redact Attachments To The October 10, 2012 Declaration Of Inspector Pamela Hofsas and thus, the defense's request for an evidentiary hearing on the outstanding motion to suppress is currently due on January 3, 2013.

WHEREAS, undersigned defense counsel has taken some time off during the holidays and will not be back in the office until January 3, 2013.

THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel of record, that the defense may request, if at all, an evidentiary hearing no later than January 10, ~~1013~~ 2013.

///

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME
*United States v. Ogans*, Case No. 11-CR-00939-RS

1  IT IS SO STIPULATED.

2  Dated:  January 2, 2013        TAMOR & TAMOR

3                                 By:        /S/
                                       RICHARD TAMOR
4
                                   ATTORNEYS FOR DEFENDANT GRAIG
5                                  ALLEN OGANS

6

7  Dated:  January 2, 2013        MELINDA HAAG
                                   UNITED STATES ATTORNEY
8

9                                 By:        /S/
                                       ADAM A. REEVES
10
                                   ASSISTANT UNITED STATES ATTORNEY
11                                 ATTORNEY

12 ///

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME
*United States v. Ogans*, Case No. 11-CR-00939-RS

3

# [~~PROPOSED~~] ORDER EXTENDING TIME WITHIN WHICH TO REQUEST EVIDENTIARY HEARING

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

The defendant, Graig Ogans, may request, if at all, an evidentiary hearing no later than January 10, 2013.

DATED:  January __3__, 2013

_____
HON. RICHARD SEEBORG
United States District Judge
Northern District of California

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME
*United States v. Ogans*, Case No. 11-CR-00939-RS

4