RICHARD A. TAMOR, ESQ.
TAMOR & TAMOR
The Sierra Building
311 Oak Street, Suite 108
Oakland, CA 94607
Telephone: (415) 655-1969
Facsimile:  (415) 887-7658
rtamor@TamorLaw.com

Attorneys for Defendant,
CRAIG ALLEN OGANS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-11-0939-RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE TO MAY 9, 2013 AT 11:15 A.M.** |
| v. | |
| CRAIG ALLEN OGANS, a/k/a Byron Stuart Baker, | |
| Defendant. | |

Defendant Craig Allen Ogans, by and through his attorney Richard Tamor, and the United States, by and through Assistant United States Attorney Adam Reeves, hereby stipulate and agree to continue the Settlement Conference, currently set for April 11, 2013 at 11:15 a.m., to May 9, 2013 at 11:15 a.m.  The parties further stipulate and agree that the parties will submit their Settlement Conference Statements on or before May 2, 2013.

STIPULATION AND [PROPOSED] ORDER
*United States v. Ogans*, Case No. 11-CR-00939-RS

1

IT IS SO STIPULATED.

Dated:  March 22, 2013        TAMOR & TAMOR

                                                   By:           /S/
                                                      RICHARD TAMOR

ATTORNEYS FOR DEFENDANT GRAIG ALLEN OGANS

Dated:  March 22, 2013        MELINDA HAAG
UNITED STATES ATTORNEY


                                                   By:           /S/
                                                     ADAM A. REEVES

ASSISTANT UNITED STATES ATTORNEY ATTORNEY

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

The Settlement Conference, currently set for April 11, 2013, at 11:15 a.m., is continued to May 9, 2013 at 11:15 a.m.  The parties shall submit their Settlement Conference Statements on or before May 2, 2013.

                                                 DATED:

Date: April 1, 2013        _____
                                                 Honorable Laurel Beeler
                                                 United States Magistrate Judge