MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ADAM A. REEVES (NYBN 2363877)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7157
   Facsimile: (415) 436-7234
   Adam.Reeves@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 11-CR-00939-RS |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER CONTINUING THE CASE |
| v. ) | AND EXCLUDING TIME |
| ) | |
| CRAIG ALLEN OGANS, ) | |
| a/k/a Byron Stuart Baker, ) | |
| ) | |
| Defendant. ) | |
| ) | |

     WHEREAS, on December 20, 2011, the defendant was arraigned on the indictment before Magistrate Judge Spero;

     WHEREAS, on December 23, 2011, the United States produced documents and other materials to counsel for the defendant;

     WHEREAS, on May 1, 2012, the United States filed a superseding indictment adding charges in this case;

     WHEREAS, on May 8, 2012, the United States produced documents and other materials to counsel for the defendant;

     WHEREAS, on June 25, 2012, the Superior Court of the State of California issued an

STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME
*United States v. Ogans*, Case No. 11-CR-00939-RS

1

order unsealing the affidavits supporting the search warrants in the parallel state prosecution and the United States Attorney's Office, in reliance thereon, produced the underlying search warrant affidavits to counsel for the defendant, as requested;

WHEREAS, on August 28, 2012, the defendant moved to suppress evidence;

WHEREAS, on March 15, 2013, the Court conducted an evidentiary hearing on the motion to suppress evidence;

WHEREAS, on April 2, 2013, the Court issued an order denying the motion to suppress evidence;

WHEREAS, counsel for the defendant needs time for effective preparation following the Court's ruling;

WHEREAS, on April 16, 2013, the Court ordered a settlement conference, which is scheduled for May 9, 2013 before Magistrate Judge Beeler.

THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel of record, that the case should be continued from April 16, 2013 to May 21, 2013; and the period of time from April 16, 2013 to May 21, 2013 shall be excluded in computing the time within which the trial of the offenses alleged in the Indictment must commence under Title 18, United States Code, Section 3161.

DATED: April 30, 2013         MELINDA HAAG
                              United States Attorney

                              /s/
                              _____

                              Adam A. Reeves
                              Assistant United States Attorney

DATED: April 30, 2013         /s/
                              _____

                              Richard A. Tamor, Esq.
                              Tamor & Tamor
                              Counsel to Craig Allen Ogans

STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME
*United States v. Ogans*, Case No. 11-CR-00939-RS

# [~~PROPOSED~~] ORDER EXCLUDING TIME

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

The ends of justice are served by finding that a continuance from April 16, 2013 to May 21, 2013 outweighs the best interests of the public and the defendant in a speedy trial and the prompt disposition of criminal cases and the Court concludes that the exclusion of time from April 16, 2013 to May 21, 2013 should be made under Title 18, United States Code, Sections 3161(h)(7)(B)(iv).

DATED:  4/30/13

_____
HON. RICHARD SEEBORG
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME
*United States v. Ogans*, Case No. 11-CR-00939-RS