MELINDA HAAG (CSBN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ADAM A. REEVES (NYBN 2363877)
Assistant United States Attorney

450 Golden Gate Avenue; Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7157
Facsimile:  (415) 436-7234

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR 11-0939 RS |
| ) | |
|      Plaintiff, ) | [PROPOSED] ORDER AND STIPULATION |
| ) | EXCLUDING TIME FROM AUGUST 20, |
| v. ) | 2013, TO DECEMBER 10, 2013, FROM |
| ) | THE SPEEDY TRIAL ACT CALCULATION |
| CRAIG OGANS, ) | AND SCHEDULING STIPULATED FACTS |
| ) | BENCH TRIAL |
|      Defendant. ) | |
| ) | |

The parties appeared before the Court on August 20, 2013, and again on August 27, 2013.

The Court enters this Order scheduling the submission of stipulated facts, a stipulated facts bench trial, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from August 20, 2013, to and including December 10, 2013.  The parties agreed, and the Court found and held, as follows:

       1.     The parties will submit stipulated facts to the Court by November 18, 2013.

       2.     The Court will hold a stipulated facts bench trial on December 10, 2013, at 2:30 p.m.

       3.     Time will be excluded from August 20, 2013, to and including December 10, 2013, for the following reasons and those stated on the record on August 20 and August 27: (a)

STIPULATION AND ORDER
CR 11-0939 RS

failure to grant the requested continuance would unreasonably deny government and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for the parties to draft stipulated facts, and would deny the government continuity of counsel in light of government counsel's trial schedule in August and September (18 U.S.C. § 3161(h)(7)(B)(iv)); and (b) after the parties submit the stipulated facts to the Court, time is properly excluded under 18 U.S.C. § 3161(h)(1)(H)("delay reasonably attributable to any period, not to exceed thirty days, during which any proceeding concerning the defendant is actually under advisement by the court.").

4.   Accordingly, the Court found that the ends of justice served by excluding the period from August 20, 2013, to December 10, 2013, outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

5.   Therefore, and with the consent of the defendant and his attorney, the Court ordered that the period from August 20, 2013, to and including December 10, 2013, be excluded from Speedy Trial Act calculations.

IT IS SO STIPULATED.

//

DATED: August 27, 2013

_____/s/_____
ADAM A. REEVES
Assistant United States Attorney

DATED: August 27, 2013

_____/s/_____
RICHARD TAMOR
Attorney for Defendant, Craig Ogans

**IT IS SO ORDERED**.

DATED: August _27_, 2013

_____
HONORABLE RICHARD SEEBORG
United States District Court Judge

STIPULATION AND ORDER
CR 11-0939 RS                          2