MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ADAM A. REEVES (NYBN 2363877)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-7234
E-mail:  Adam.Reeves@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 11-0939 RS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] PROTECTIVE ORDER |
| v. | |
| CRAIG ALLEN OGANS, a/k/a Byron Stuart Baker, | |
| Defendant. | |

## STIPULATION

In preparation for the December 10, 2013 trial in this matter, the United States and the defendant in this action, through undersigned counsel, hereby stipulate and agree as follows:

1. The United States is prepared to produce to the defendant witness statements and reports governed by 18 U.S.C. § 3500, including grand jury testimony, in advance of trial.

2. Federal Rule of Criminal Procedure 6(e)(3)(E) provides that the Court "may authorize disclosure – at a time, in a manner, and subject to any other conditions that it directs – of a grand-jury matter: (i) preliminary to or in connection with a judicial proceeding." The parties request that the Court issue an order authorizing such disclosure.

STIPULATION AND [PROPOSED] PROTECTIVE ORDER
CR 11-0939 RS

3. The parties further request that this Court's Order Granting Amended Motion to Seal and Redact Attachments to the October 10, 2012 Declaration of Inspector Pamela Hofsass dated December 26, 2012 be modified to permit the government to produce un-redacted copies of the exhibits to the Hofsass Declaration. Production of these hitherto redacted materials is appropriate at this time to insure a fair trial of this Indictment. Because there is an open homicide investigation by the San Francisco Police Department (SFPD), the parties agree that any of the exhibits attached to the Hofsass Declaration will continue to be filed under seal.

4. Possession of copies of the witness statements and other documents described herein shall be limited to the defendant and his attorneys, including any investigators, paralegals, law clerks, assistants, and other persons who are within the attorney-client privilege (hereinafter collectively referred to as "members of the defense team"). The defendant, his attorneys, and members of his defense team shall use the witness statements and other documents only for the purpose of defending against the allegations in the Indictment. The defendant, his attorneys, and members of his defense team shall not provide copies of the witness statements and other documents to other persons.

5. At the conclusion of this proceeding, including any appeal, the defendant, his attorneys, and members of his defense team shall return to the government all copies of the witness statements and other documents.

STIPULATED AND AGREED TO:

DATED: October 22, 2013

MELINDA HAAG
United States Attorney

/s/
_____
ADAM A. REEVES
Assistant United States Attorney

DATED: October 22, 2013

TAMOR & TAMOR

/s/
_____
RICHARD A. TAMOR, ESQ.
Counsel for Defendant
Craig Allen Ogans

STIPULATION AND [PROPOSED] PROTECTIVE ORDER
CR 11-0939 RS

ORDER

In light of the stipulation and agreement of the parties to this action, and good cause appearing, it is HEREBY ORDERED that the United States is authorized to disclose to the defendant the grand jury testimony of witnesses intended to be called at the trial and information redacted pursuant to the Court's December 26, 2012 Order. It is FURTHER ORDERED that use of any witness statements and other documents produced by the United States shall be restricted as set forth in Paragraphs 3, 4 and 5.

Dated:  10/22/13

*[signature]*
HON. RICHARD SEEBORG
United States District Judge

STIPULATION AND [PROPOSED] PROTECTIVE ORDER
CR 11-0939 RS