MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ADAM A. REEVES (NYBN 2363877)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7157
Facsimile: (415) 436-7234
Adam.Reeves@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11-CR-00939-RS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO SUBMIT STIPULATED FACTS |
| v. | |
| CRAIG ALLEN OGANS, a/k/a Byron Stuart Baker, | |
| Defendant. | |

    WHEREAS, on August 27, 2013, the Court ordered the parties to submit stipulated facts on November 18, 2013 and adjourned the case until December 10, 2013 at 2:30 p.m. for a stipulated facts bench trial;

    WHEREAS, on November 15, 2013, the government circulated a fourteen (14) page draft stipulated set of facts to the defense.

    WHEREAS, the parties agree that we would benefit from an extension of time to submit the stipulated facts until November 29, 2013.

    THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel of record, that the time to submit the stipulated facts be extended until November 29, 2013.

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
*United States v. Ogans,* Case NO. 11-CR-00939 RS

1    DATED: November 15, 2013                    MELINDA HAAG
                                                 United States Attorney
2
                                                 /s/
3

4                                                Adam A. Reeves
                                                 Assistant United States Attorney
5

6    DATED: November 15, 2013                    /s/

7
                                                 Richard A. Tamor, Esq.
8                                                Tamor & Tamor
                                                 Counsel to Craig Allen Ogans
9

10   **SO ORDERED.**

11   DATED:  11/18/13

12

13                                               HON. RICHARD SEEBORG
                                                 United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
*United States v. Ogans,* Case NO. 11-CR-00939 RS