1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  ADAM A. REEVES (NYBN 2363877)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7157
7  Facsimile: (415) 436-7234
   Adam.Reeves@usdoj.gov
8
   Attorneys for United States of America
9
                  UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,           )  Case No. 11-CR-00939-RS
                                        )
14       Plaintiff,                     )  STIPULATION AND [PROPOSED] ORDER
                                        )  EXTENDING TIME TO SUBMIT
15       v.                             )  STIPULATED FACTS
                                        )
16  CRAIG ALLEN OGANS,                  )
    a/k/a Byron Stuart Baker,           )
17                                      )
         Defendant.                     )
18  _____)

19
        WHEREAS, on August 27, 2013, the Court ordered the parties to submit stipulated facts on
20
    November 18, 2013 and adjourned the case until December 10, 2013 at 2:30 p.m. for a stipulated facts
21
    bench trial;
22
        WHEREAS, on November 15, 2013, the government circulated a fourteen (14) page draft
23
    stipulated set of facts to the defense;
24
        WHEREAS, on November 22, 2013, the Court granted the parties' request for an extension of
25
    time to submit the stipulated facts until November 29, 2013 (the day after the Thanksgiving Holiday);
26
        WHEREAS, the parties have continued to actively exchange comments and confer about the
27
    stipulated facts and both parties agree that we would benefit from a further extension of time to submit
28

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
*United States v. Ogans,* Case NO. 11-CR-00939 RS

1  the stipulated facts until December 6, 2013.

2  THEREFORE, it is hereby stipulated by and between the parties, through their respective
3  counsel of record, that the time to submit the stipulated facts be extended until December 6, 2013.

4  DATED: November 27, 2013    MELINDA HAAG
                                United States Attorney
5
                                /s/
6

7                               Adam A. Reeves
                                Assistant United States Attorney
8

9  DATED: November 27, 2013    /s/

10
                                Richard A. Tamor, Esq.
                                Tamor & Tamor
11                              Counsel to Craig Allen Ogans

12

13
**SO ORDERED.**
14
DATED:  12/2/13
15

16
                                HON. RICHARD SEEBORG
17                              United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME
*United States v. Ogans,* Case NO. 11-CR-00939 RS